## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**CARY J. CAMPAGNA,**

                 Plaintiff,

      v.

**ASSOCIATED GLOBAL SYSTEMS, INC.,**

                 Defendant.

No.  16-cv-9843

Judge John Z. Lee

Magistrate Judge Susan E. Cox

### AGREED ORDER OF DISMISSAL

Plaintiff Cary J. Campagna and Defendant Associated Global Systems, Inc. have represented to the Court that they have entered into a Settlement Agreement to resolve this lawsuit and that all issues and controversies have been resolved to their mutual satisfaction.  The parties consent to the jurisdiction of this Court to enter this Order, and request that the Court retain jurisdiction to enforce the terms of the settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375, 381-382 (1994).

**IT IS HEREBY ORDERED:**

1.  By consent of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement executed by the parties.

2.  This case is dismissed without prejudice.  If neither party files a motion to vacate this Agreed Order of Dismissal within 30 days, the case will be dismissed with prejudice without further order of the Court, except as necessary to enforce the terms of the Settlement Agreement.

3.  Plaintiff and Defendant are ordered to preserve any documents, whether in hard copy or electronic format, related to this case or responsive to any document requests or subpoenas served on them in this matter, until the case is dismissed with prejudice.

4.  Each party shall bear his, her or its own attorney's fees and costs.

Dated: May 3, 2017          By _____

                                                   Honorable John Z. Lee

                                                   U.S. DISTRICT COURT JUDGE